UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § § | |
| vs. | § | NO:   AU:17-M -00305(1) |
| (1) Steven Thomas Boehle | § § § | |

**ORDER**

Before the Court is the Government's and Defendant's Unopposed Motion for Continuance. The Defendant was set for a Preliminary and Detention hearing on April 20, 2017. The Court finds good cause for this extension.  ACCORDINGLY, the Preliminary and Detention hearing in this case is reset to 9:00 am on Monday, May 01, 2017.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant the additional time in which to prepare outweigh the best interest of the public and the Defendant in a speedy trial, in that the failure to grant such a continuance would unreasonably deny the Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7).  Thus, the Court ORDERS that the time from April 20, 2017 through May 1, 2017, be excluded under the Speedy Trial Act.

SIGNED this 21st day of April, 2017.

_____
MARK LANE
U.S. MAGISTRATE JUDGE